**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

SKYLAR LEMPINEN, an individual,

Plaintiff,

v.

COOKIE PLUG EAST, LLC, a California limited liability company; BMF BRANDS LLC, a Nevada limited liability company; BIE BRANDS LLC, a California limited liability company (fka The Cookie Plug Group LLC); ERIK MARTINEZ, an individual; LAUREN MARTINEZ, an individual; CHRIS WYLAND, an individual; DAWNA WYLAND, an individual; RYAN USREY, an individual; and TIFFANY USREY, an individual,

Defendants.

Case No. 5:25-cv-02383-GW-DTB

**JUDGMENT**

**JUDGMENT**

This action came before the Court on Plaintiff Skylar Lempinen's Renewed Motion for Default Judgment Against Defendants (Doc. 91). The Court heard the Motion on October 8, 2026, and by its Order of that date (Doc. 94) granted the Motion in part and denied it in part. Pursuant to Federal Rule of Civil Procedure 58(a), and in conformity with that Order, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. **Judgment for Plaintiff.** Judgment is entered in favor of Plaintiff Skylar Lempinen and against Defendants Cookie Plug East, LLC; BMF Brands LLC; BIE Brands LLC (f/k/a The Cookie Plug Group LLC); Erik Martinez; and Chris Wyland (collectively, the "Judgment Defendants"), jointly and severally.

2. **Compensatory damages.** Plaintiff shall recover compensatory damages in the amount of $295,500.00.

3. **Prejudgment interest.** Plaintiff shall recover prejudgment interest in the amount of $27,098.50, computed on the liquidated sum of $130,500.00 at the rate provided by A.R.S. § 44-1201 from September 10, 2024 through October 8, 2026, together with additional prejudgment interest at the daily rate of $35.75 for each day from October 9, 2026 through the date of entry of this Judgment.

4. **Attorneys' fees and costs.** Plaintiff shall recover reasonable attorneys' fees and costs in the amount of $79,454.45.

5. **Total.** Plaintiff shall recover from the Judgment Defendants, jointly and severally, the total sum of $402,052.95 as of October 8, 2026, together with the additional prejudgment interest provided in paragraph 3 above.

6. **Post-judgment interest.** The total sum awarded by this Judgment shall bear interest from the date of entry until paid in full at the rate provided by 28 U.S.C. § 1961.

7. **Fifth Claim for Relief.** Plaintiff's Fifth Claim for Relief for unjust enrichment, pleaded in the alternative to Plaintiff's contract claims, is dismissed.

8. **Defendants Lauren Martinez and Dawna Wyland.** No judgment is entered against Defendant Lauren Martinez or Defendant Dawna Wyland, and

Plaintiff's claims against them are dismissed **without prejudice**.

9. **Fees and costs of Kronenberger Rosenfeld, LLP.** Plaintiff's request for the attorneys' fees and costs incurred by Kronenberger Rosenfeld, LLP is denied **without prejudice** to a timely motion under Federal Rule of Civil Procedure 54(d)(2).

10. **Defendants Ryan Usrey and Tiffany Usrey.** Defendants Ryan Usrey and Tiffany Usrey were previously dismissed from this action with prejudice, each party to bear its own attorneys' fees and costs as to those Defendants. (Doc. 89.)

11. **Final judgment.** This Judgment disposes of all claims against all parties. The Clerk of Court shall close the file.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated this 22nd day of October, 2026.

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE